744

## Commonwealth v. Simmons, Appellant.

Submitted March 12, 1973. *Charles O. Barto, Jr.,* Assistant Public Defender, for appellant; *Edwin W. Frese, Jr.,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Smith, Appellant.

Submitted March 12, 1973. *Clarence B. Turns, Jr.,* Assistant Public Defender, for appellant; *Gaylor Dissinger,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Smith, Appellant.

Submitted March 19, 1973. *Louis Silverman,* for appellant; *Linda West Conley* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.